IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

Plaintiffs,

v.

DERRICK ANTON ROGERS,

Defendant.

CRIMINAL ACTION FILE
NO. 1:25-CR-00018-TWT-JKL

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 72 of the Magistrate Judge recommending denying the Defendant's Motion to Suppress [Doc. 18], Motion to Dismiss the Indictment Due to Unnecessary Delay [Doc. 43], Motion to Dismiss Indictment Pursuant to Fed. R. Crim. P. 46(f) [Doc. 61], and Motion to Dismiss Enhanced Sentencing Notice [Doc. 62]. The Defendant's Response [Doc. 90] to the Report and Recommendation treated as Objections are untimely and fail to address the substance of the Magistrate Judge's recommendations. The Objections are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 18], Motion to Dismiss the Indictment Due to Unnecessary Delay [Doc. 43], Motion to Dismiss Indictment Pursuant to Fed. R. Crim. P. 46(f) [Doc. 61], and Motion to Dismiss Enhanced Sentencing Notice [Doc. 62] are DENIED.

SO ORDERED, this 10th day of November, 2026.

THOMAS W. THRASH, JR.
United States District Judge