IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>DERRICK ANTON ROGERS,<br><br>Defendant. | CRIMINAL ACTION FILE<br>NO. 1:25-CR-00018-TWT-JKL |

**ORDER**

This is a criminal action. It is before the Court on the Non-Final Report and Recommendation [Doc. 25] of the Magistrate Judge recommending that the Defendant is competent to stand trial and proceed with this case. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court nunc pro tunc to August 14, 2025.

SO ORDERED, this 13th day of November, 2026.

Thomas W. Thrash

THOMAS W. THRASH, JR.
United States District Judge